**DAVID A. TORRES AND ASSOCIATES**
Attorney at Law, SBN 135059
1318 "K" Street
Bakersfield, CA 93301
Tel.: (661) 326-0857
Fax: (661) 326-0936
E-mail: lawtorres@aol.com

Attorney for
**Thounethepmith Vongsenekeo**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12CR00342 AWI-DLB |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| THOUNETHEPMITH VONGSENEKEO, | |
| Defendant. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, KAREN ESCOBAR, Assistant United States Attorney, together with the defendant, THOUNETHEPMITH VONGSENEKEO, and his counsel, DAVID A. TORRES, and all co-counsel, that the briefing schedule currently set should be modified as follows: the Defense motions shall be due on March 18, 2013; the government's opposition/response shall be due on April 18, 2013; optional reply shall be due on April 29, 2013; and a hearing shall be held on May 13, 2013 at 10:00 a.m.

The parties acknowledge that the time under the Speedy Trial Act is being excluded under Title 18, United States Code 3161 (h)(1)(D); Title 18 United Stated Code 3161 (h)(7)(A) based on necessary delay in perfecting the motion to quash and obtaining necessary supporting investigation; delay resulting from preparation of necessary pretrial motion to quash; and, the period of delay is jointly requested based on good cause and agreement and negotiations of

Stipulation and [Proposed] Order 1

counsel which may preclude the litigation of said motion to quash; and such delay is necessary as the ends of justice served taken by such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated: March 14, 2013                    Respectfully submitted,

                                                            /s/David A. Torres
                                                            DAVID A. TORRES
                                                            Attorney for Defendant
                                                            Thounethepmith Vongsenekeo

Dated: March 14, 2013                    /s/Steven L. Crawford
                                                            STEVEN L. CRAWFORD
                                                            Attorney for Defendant
                                                            Phanetavanh Southammavong

Dated: March 14, 2013                    /s/Katherine L. Hart
                                                            KATHERINE L. HART
                                                            Attorney for Defendant
                                                            Sam Kounhavong

Dated: March 14, 2013                    /s/Daniel L. Harralson
                                                            DANIEL L. HARRALSON
                                                            Attorney for Defendant
                                                            Sengphachanh Boungnavong

Dated: March 14, 2013                    /s/James R. Holoma
                                                            JAMES R. HOLOMA
                                                            Attorney for Defendant
                                                            Symery Saykganya

Dated:  March 14, 2013                   /s/ Karen Escobar
                                                            KAREN A. ESCOBAR
                                                            Assistant United States Attorney

# ORDER

IT IS HEREBY ORDERED: That the briefing schedule currently, is hereby modified as follows: the Defendants motions shall be due on March 18, 2013; the government's opposition/response shall be due on April 18, 2013; optional reply shall be due on April 29, 2013; and hearing shall be held on May 13, 2013 at 10:00 a.m. The current motions hearing date of May 6, 2013 shall be vacated.

This court finds that the ends of justice as specified by stipulation of counsel, are served by this continuance outweigh the best interest the public and the defendants to a speedy trial, and excludes time under the Speedy Trial Act under 18 USC 3161 (h)(1)(D); and 18 USC 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  March 15, 2013                              _____
                                                                                SENIOR DISTRICT JUDGE