**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>THOUNETHEPMITH VONGSENEKEO,<br><br>  Defendant | Case No.: Case No.1:12-CR-00342AWI-BAM<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION TO COMPEL DISCOVERY** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHOBY W. ISHII AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, THOUNETHEPMITH VONGSENEKEO, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Motion Hearing currently set for Monday, May 13, 2013 be vacated.

I have been in communication with AUSA Karen Escobar regarding the Motion to Compel Discovery (*Docket No. 61*), and agree that said motion is unnecessary. This is a mutual agreement between all myself and all co-counsel.

//

//

//

Summary of Pleading - 1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: May 9, 2013 /s/ *David A Torres*
DAVID A. TORRES
Attorney for Defendant
Thounethepmith Vongsenekeo

DATED: May 9, 2013 /s/ *Katherine Hart*
KATHERINE HART
Attorney for Defendant
SAM KOUNHAVONG

DATED: May 9, 2013 /s/*Daniel Harralson*
DANIEL HARRALSON
Attorney for Defendant
Sengphachanh Boungnavong

DATED: May 9, 2013 /s/*James Homola*
JAMES R. HOMOLA
Attorney for Defendant
Symery Saykganya

DATED: May 9, 2013 /s/*Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the Motion hearing set for Monday, May 13, 2013 be **VACATED**, but the Status Conference will remain on Calendar at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 9, 2013

SENIOR DISTRICT JUDGE